IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CALVIN BRUCE,

      Petitioner,

                            JUDGMENT IN A CIVIL CASE

v.

                            Case No. 11-cv-672-bbc

UNITED STATES OF AMERICA,

      Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that petitioner Calvin Bruce's motion for post conviction relief 28 U.S.C. § 2255 is DENIED.

_____
Peter Oppeneer, Clerk of Court

1/31/12
Date